

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-18-00070-CR

EDWARD SAENZ, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the County Court at Law No. 2
Lubbock County, Texas
Trial Court No. 2017-489,644, Honorable Drue Farmer, Presiding

July 27, 2018

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Pending before the Court is the motion of appellant Edward Saenz to dismiss his appeal. Appellant and his attorney have signed the motion. TEX. R. APP. P. 42.2(a). No decision of the Court having been delivered to date, we grant the motion. Accordingly, the appeal is dismissed.[1] No motion for rehearing will be entertained and our mandate will issue forthwith.

James T. Campbell
Justice

Do not publish.

---

[1] Appellant previously filed a motion to abate this appeal. The motion is rendered moot.